MCGREGOR W. SCOTT
United States Attorney

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. CIV-S-04-1476 FCD GGH |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING PRETRIAL AND TRIAL** |
| WALTER ALLEN "AL" THOMPSON, ) | **DATES** |
| individually and d/b/a CENCAL AVIATION, ) | |
| CENCAL SALES COMPANY and CENCAL, ) | **CONTINUED DATES** |
| AVIATION PRODUCTS; ) | PRETRIAL: January 20, 2006 |
| DENISE THOMPSON; ) | TRIAL: March 28, 2006 |
| WELLS FARGO HOME MORTGAGE INC., ) | |
| and JP MORGAN CHASE BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff United States of America, defendant Wells Fargo Home Mortgage (hereinafter "Wells Fargo") and defendant JP Morgan Chase Bank, through its mortgage loan servicer and authorized agent, HomeComings Financial Network, Inc. (hereinafter "JP Morgan"), by and through undersigned counsel, as follows:

1.      On July 28, 2004, the United States commenced this action to reduce to judgment federal tax assessments made against defendants Walter Allen Thompson and Denise Thompson. The tax assessments sought to be reduced to judgment are for individual income taxes (IRS Form 1040) against Walter and Denise Thompson for the year 1998, for frivolous income tax return penalties (IRC § 6702) against Walter and Denise Thompson for the years 1996, 1997 and 1998, for employment taxes (IRS Form 941) against Walter Thompson for all quarterly periods ending

1  September 30, 2000 through December 31, 2002 and for annual federal unemployment taxes
2  against Walter Thompson for the years 2000, 2001 and 2002.  Following service of process,
3  defendants Walter Thompson and Denise Thompson failed to timely respond to the Complaint,
4  and the Clerk of the Court entered their defaults.  The United States has applied for entry of
5  default judgment by the Court against defendants Walter and Denise Thompson which is
6  scheduled for hearing on October 27, 2005 before Magistrate Judge Gregory G. Hollows.

7      2.    The United States also seeks in this action to foreclose federal tax liens upon real
8  property located within this district at 504 Hanland Court in Redding, California (hereinafter
9  "Hanland Court Property").  In accordance with IRC § 7403(b), The United States named Wells
10 Fargo and JP Morgan as defendants in this action because they have asserted an interest in the
11 Hanland Court Property.  The United States, Wells Fargo and JP Morgan have entered into a
12 stipulation regarding lien priority on the Hanland Court Property.  This stipulation was filed on
13 October 11, 2005 and is currently being considered by the Court.

14     3.    If the Court grants the United States' application for entry of default judgment
15 against the Thompsons and approves the stipulation regarding lien priority, the parties believe
16 that the Court will be in a position to enter a final judgment in this case.  Accordingly, the parties
17 request that the pretrial and trial dates be continued for a period of three months so that the Court
18 can rule upon the application for entry of default judgment and stipulation regarding lien priority
19 and possibly enter a final judgment in this action.

20     4.    The parties stipulate and request that the pretrial conference be continued from
21 November 18, 2005 to January 20, 2006 at 2:30 p.m.

22 ///
23 ///
24 ///

5. The parties stipulate and request that the trial be continued from January 24, 2006 to March 28, 2006 at 9:00 a.m.

Dated this 11th day of October, 2005.

        MCGREGOR W. SCOTT
        United States Attorney

        *s//Henry C. Darmstadter*
        HENRY C. DARMSTADTER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6481

Dated this 6th day of October, 2005.

        PITE DUNCAN & MELMET, LLP

        *s//Donald E. Royer* (signature in US file)
        DONALD E. ROYER, ESQ.
        1820 E. First Street, Suite 420
        Santa Ana, CA 92705
        (714) 285-2644
        Attorney for Defendant
        Wells Fargo Home Mortgage

Dated this 11th day of October, 2005.

        ROBERT E. WEISS, INC.

        *s//Cris A. Klingerman* (signature in US file)
        CRIS A. KLINGERMAN, ESQ.
        920 Village Oaks Drive
        Covina, California 91724
        (626) 967-4302
        Attorney for Defendant
        JP Morgan Chase Bank, Trustee by and
        through its Mortgage Loan Servicer and
        Agent, Homecomings Financial Network,
        Inc.

1
2    GOOD CAUSE APPEARING, IT IS SO ORDERED.

3    DATED: October 12, 2005                    /s/ Frank C. Damrell Jr.
                                                Judge, United States District Court