1    MCGREGOR W. SCOTT
     United States Attorney
2
     HENRY C. DARMSTADTER
3    Trial Attorney, Tax Division
     U.S. Department of Justice
4    P.O. Box 683
     Ben Franklin Station
5    Washington, D.C.  20044-0683
     Telephone:  (202) 307-6481
6
     Attorneys for the United States of America
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,              )
                                            )
11              Plaintiff,                  ) Civil No. CIV-S-04-1476 FCD GGH
                                            )
12          v.                              ) **STIPULATION AND ORDER**
                                            ) **REGARDING LIEN PRIORITY ON**
13   WALTER ALLEN "AL" THOMPSON,            ) **HANLAND COURT PROPERTY**
     individually and d/b/a CENCAL AVIATION,)
14   CENCAL SALES COMPANY and CENCAL,       )
     AVIATION PRODUCTS;                     )
15   DENISE THOMPSON;                       )
     WELLS FARGO HOME MORTGAGE INC.,        )
16   and JP MORGAN CHASE BANK,              )
                                            )
17              Defendants.                 )
                                            )
18   _____)

19          IT IS HEREBY STIPULATED AND AGREED between plaintiff United States of

20   America, defendant Wells Fargo Home Mortgage (hereinafter "Wells Fargo") and defendant JP

21   Morgan Chase Bank, through its mortgage loan servicer and authorized agent, HomeComings

22   Financial Network, Inc. (hereinafter "JP Morgan"), by and through undersigned counsel, as

23   follows:

24          1.      On July 28, 2004, the United States commenced this action to reduce to judgment

25   federal tax assessments made against defendants Walter Allen Thompson and Denise Thompson.

26   The tax assessments sought to be reduced to judgment are for individual income taxes (IRS Form

27   1040) against Walter and Denise Thompson for the year 1998, for frivolous income tax return

     penalties (IRC § 6702) against Walter and Denise Thompson for the years 1996, 1997 and 1998,

28   for employment taxes (IRS Form 941) against Walter Thompson for all quarterly periods ending

1   September 30, 2000 through December 31, 2002 and for annual federal unemployment taxes

2   against Walter Thompson for the years 2000, 2001 and 2002.  The amounts and dates of the

3   subject tax assessments are set forth and reflected in Certificates of Assessments and Payments

4   (IRS Form 4340) on file with the Court.

5          2.      The United States also seeks in this action to foreclose federal tax liens upon real

6   property located within this district at 504 Hanland Court in Redding, California (hereinafter

7   "Hanland Court Property") and more particularly described as follows:

8              Lot 7 as shown on the Map of Blue Oak Terrace Subdivision No.
               11-86 Unit Three, filed May 10, 1989, in the Office of the Shasta
9              County Recorder in Book 19 of Maps at page 9 and on the Revised
               Map of said Subdivision recorded on January 3, 1990 in Book 19
10             of Maps at page 49, Shasta County Records.

11  In accordance with IRC § 7403(b), The United States named Wells Fargo and JP Morgan as

12  defendants in this action because they have an interest in the Hanland Court Property.

13         3.      Wells Fargo has a first priority lien interest on the Hanland Court Property by

14  virtue of a Deed of Trust, dated March 21, 1996 and recorded on March 29, 1996, to secure an

15  original indebtedness in the amount of $123,200 owed by Walter and Denise Thompson,

16  husband and wife.

17         4.      JP Morgan has a second priority lien interest on the Hanland Court Property by

18  virtue of a Deed of Trust, dated June 26, 1996 and recorded on July 11, 1996, to secure an

19  original indebtedness in the amount of $23,000 owed by Walter and Denise Thompson, husband

20  and wife.

21         5.      Based upon the dates of assessment, both the first Deed of Trust held by Wells

22  Fargo, described in Paragraph 3, and the second Deed of Trust held by JP Morgan, described in

23  Paragraph 4, are senior to the United States's tax liens for the liabilities sought to be reduced to

24  ///

25  ///

26  ///

27

28

2                    STIP. AND ORDER RE: LIENS

judgment in this action.  In the event that the Court orders a judicial sale of the Hanland Court

Property to satisfy the tax liabilities of Walter and Denise Thompson, the parties stipulate and

agree that the proceeds of the sale shall be distributed to in the following order: first, to Wells

Fargo on its loan secured by the first Deed of Trust; second, to JP Morgan on its loan secured by

the second Deed of Trust; and third, to United States on the subject tax liabilities.

Dated this 11th day of October, 2005.

MCGREGOR W. SCOTT
United States Attorney


*s//Henry C. Darmstadter*
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6481

Dated this 4th day of October, 2005.

PITE DUNCAN & MELMET, LLP


*s//Donald E. Royer* (signature in file)
DONALD E. ROYER, ESQ.
1820 E. First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2644
Attorney for Defendant
Wells Fargo Home Mortgage

///
///
///

1    Dated this 11th day of October, 2005.

ROBERT E. WEISS, INC.

2

3

*s//Cris A. Klingerman* (signature in US file)

4    CRIS A. KLINGERMAN, ESQ.
920 Village Oaks Drive

5    Covina, California 91724
(626) 967-4302

6    Attorney for Defendant
JP Morgan Chase Bank, Trustee by and

7    through its Mortgage Loan Servicer and
Agent, Homecomings Financial Network,

8    Inc.

9

GOOD CAUSE APPEARING, IT IS SO ORDERED.

10

11   DATED: October 12, 2005              /s/ Frank C. Damrell Jr.
Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER RE: LIENS