IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTER ALLEN "AL" THOMPSON, et al.,

    Defendants.

No. CIV S-04-1476 FCD GGH

ORDER

_____/

    The government's renewed motion for default judgment presently is calendared for hearing on March 12, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

    1. The March 12, 2009 hearing on the motion for default judgment, filed February 5, 2009, is vacated; and

    2. The motion is submitted on the record.

DATED: March 5, 2009

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       U. S. MAGISTRATE JUDGE

GGH:076:USThompson.vac.wpd

1