UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

UNITED STATES OF AMERICA

    v.

WALTER ALLEN "AL" THOMPSON ET AL

_____

DEFAULT JUDGMENT

Case No. CIV S-04-1476 FCD GGH

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**WALTER ALLEN "AL" THOMPSON**

in the amount of $739,764.54 ($2,596.46 in frivolous return penalties plus $737,169.08 in liabilities, including interest).

July 24, 2009

                                        VICTORIA C. MINOR, CLERK


                                        By: /s/ NDDuong_____
                                        NDDuong, Deputy Clerk